UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
        Plaintiff,

v.

MICHAEL RODRIGUEZ III,
        Defendant.

**ORDER**
Case Number: 07-CR-6182L

On March 4, 2008, oral argument was held on defendant's omnibus motions. (Docket # 31). The motions specifically identified below were raised by defendant and addressed by this Court as indicated below.

| Motion | Raised | Granted | Denied | Denied w/o prejudice | Reserved | Withdrawn | Moot |
|---|---|---|---|---|---|---|---|
| (1) Audibility Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (2) Bill of Particulars: | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| (3) *Brady* Material: | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| (4) Conspiracy Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (5) Disclosure of Witness List: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (6) Discovery and Inspection: | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| (7) Dismissal of Indictment: | ☐ | | | | | | |
|   (a) Grand Jury Voting Irregularities: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   (b) Improper Grand Jury Instructions: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   (c) Insufficiency: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   (d) Selective Prosecution: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (8) Ruling on Fed.R.Crim.P. 404(b): | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| (9) Ruling on Fed.R.Crim.P. 608: | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| (10) Ruling on Fed.R.Crim.P. 609: | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| (11) *Frank's* Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (12) Identification of Informant(s): | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (13) Join Motions of Co-Defendant(s): | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (14) *Jencks* Material: | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| (15) Preservation of Rough Notes | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (16) Severance: | ☒ | | | | | | |
|   (a) Of Counts: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   (b) Of Defendants: | | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| (17) Strike Surplusage: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (18) Suppress Identification: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (19) Suppress Tangible Evidence: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (20) Suppress Statements: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (21) Suppress Wiretap Conversations: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (22) Other(s) *(Specify)*: | ☒ | | | | | | |
|   (a) Reserve Rights: | | ☒ | ☒ | ☐ | ☐ | ☐ | ☐ |
|   (b) _____: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   (c) _____: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   (d) _____: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Note: For any motions in which multiple boxes are marked, such motion was decided in part as specified.**

The factual findings and conclusions of law to support this decision are set forth in the transcript of proceedings of March 4, 2008. The transcript of that proceeding is specifically incorporated as my written statement of reasons for the above order.

Dated: 3/4/08

*Marian W Payson*
MARIAN W. PAYSON
United States Magistrate Judge